IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER EMRICK, | |
| Plaintiff(s), | |
| vs. | Case Number: 1:09cv112 |
| COMMISSIONER OF SOCIAL SECURITY, | Chief Judge Susan J. Dlott |
| Defendant(s). | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 23, 2009 a Report and Recommendation (Doc. 11). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 12).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, the decision of the Commissioner is **SUPPORTED BY SUBSTANTIAL EVIDENCE**, and is **AFFIRMED.** This case is hereby **TERMINATED** from the Court's docket.

IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Chief Judge Susan J. Dlott
    United States District Court